```
 1   LAW OFFICES OF BILL LATOUR
     BILL LATOUR [CSBN: 169758]
 2       1240 E. Cooley Dr., Suite 100
 3       Colton, California 92324
         Telephone: (909) 796-4560
 4       Facsimile:  (909) 796-3402
 5       E-Mail: Bill.latour@verizon.net
 6
 7   Attorney for Plaintiff
 8                   UNITED STATES DISTRICT COURT
 9         CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION
10   MARK FACE,                         )   No.  EDCV 09-1508 MAN
11                                      )
12       Plaintiff,                     )   [PROPOSED] ORDER AWARDING
                                        )   EAJA FEES
13       v.                             )
14                                      )
     MICHAEL J. ASTRUE,                 )
15   Commissioner Of Social Security,   )
16                                      )
         Defendant.                     )
17   _____)
18
          Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
          IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20
     THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($2,800.00) subject to the
21
     terms of the stipulation.
22
23
     DATE:  October 6, 2010         _____
24
                                    HON. MARGARET A. NAGLE
25                                  UNITED STATES MAGISTRATE JUDGE
26
27
28
```

-1-